**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 274 EAL 2022

         Respondent              :

                                     :   Petition for Allowance of Appeal
                                     :   from the Order of the Superior Court

         v.                   :

SYLVAN HAYES,                  :

         Petitioner               :

COMMONWEALTH OF PENNSYLVANIA,    :   No. 275 EAL 2022

         Respondent               :

                                       :   Petition for Allowance of Appeal
                                     :   from the Order of the Superior Court

         v.                   :

SYLVAN HAYES,                  :

         Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 8th day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.